# UNITED STATES DISTRICT COURT

OCT 2 8 2009

Eastern     District of     Virginia, Richmond Division

Danielle Randle, on behalf of herself and others similarly situated,

V.

H&P Capital, Inc., et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:    3:09CV608

TO: (Name and address of Defendant)

H&P Capital, Inc.
c/o Gary Henrion, Registered Agent
13863 Pine Villa Dr.
Ft. Myers, FL 33912

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
804-861-6000

an answer to the complaint which is served on you with this summons, within    twenty (20)    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk       SEP 2 9 2009

CLERK       DATE

*/s/ McCrack*

(By) DEPUTY CLERK

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District

Case Number: 3:09CV608

Plaintiff:
**Danielle Randle, on behalf of herself and others similarly situated,**
vs.
Defendant:
**H&P Capital, Inc., et al.,**

For:
Dale W. Pittman, Esq.
The Law Offices of Dale W. Poittman, P.C.
112 A W Tabb Street
Petersburg, VA 23803

Received by ASAP PROCESS SERVICES, LLC to be served on **H&P Capital, Inc., c/o Gary Henrion, Registered Agent, 13863 Pine Villa Dr., Fort Myers, FL 33912.**

I, Michael Barker, do hereby affirm that on the **15th day of October, 2009** at **10:30 am**, I:

Served the within named coropration by delivering a true copy of the **Summons in a Civil Action; Class Action Complaint and Jury Demand** with the date and hour endorsed thereon by me, pursuant to F.S. 48.081(3)(b). The address on file with the Secretary of State for the Registered Agent is a residence. Served **JO ANN HENRION** as **SPOUSE** of the Registered Agent, pursuant to F.S. 48.031(1)(a).

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Michael Barker
157193

ASAP PROCESS SERVICES, LLC
P.O. Box 14653
Bradenton, FL 34280
(941) 807-4830

Our Job Serial Number: 2009000764

# UNITED STATES DISTRICT COURT

Eastern District of Virginia, Richmond Division

OCT 28 2009

Danielle Randle, on behalf of herself and others similarly situated,

V.

H&P Capital, Inc., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:09CV608

TO: (Name and address of Defendant)

Gary Henrion
13863 Pine Villa Dr.
Ft. Myers, FL 33912

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
804-861-6000

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk     SEP 2 9 2009

CLERK     DATE

*/s/ McCracken*

(By) DEPUTY CLERK

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District

Case Number: 3:09CV608

Plaintiff:
**Danielle Randle, on behalf of herself and others similarly situated,**

vs.

Defendant:
**H&P Capital, Inc., et al.,**

For:
Dale W. Pittman, Esq.
The Law Offices of Dale W. Poittman, P.C.
112 A W Tabb Street
Petersburg, VA 23803

Received by ASAP PROCESS SERVICES, LLC to be served on **Gary Henrion, 13863 Pine Villa Dr., Fort Myers, FL 33912.**

I, Michael Barker, do hereby affirm that on the **15th day of October, 2009** at **10:30 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action; Class Action Complaint and Jury Demand** with the date and hour of service endorsed thereon by me, to: **JO ANN HENRION** as **SPOUSE** at the address of: **13863 Pine Villa Dr., Fort Myers, FL 33912**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

**Michael Barker**
157193

**ASAP PROCESS SERVICES, LLC**
P.O. Box 14653
Bradenton, FL 34280
(941) 807-4830

Our Job Serial Number: 2009000763

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u

MB 157193

10:00am

# UNITED STATES DISTRICT COURT

| Eastern | District of | Virginia, Richmond Division |

Danielle Randle, on behalf of herself and others similarly situated,

V.

H&P Capital, Inc., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   **3:09CV608**

TO: (Name and address of Defendant)

Noel Louis Pooler
2307 Aldridge Ave.
Fort Myers, FL 33907

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
804-861-6000

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

SEP 2 9 2009

CLERK

_/s/ Mc Cracken_

(By) DEPUTY CLERK

DATE

# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## Eastern District .

Case Number: 3:09CV608

Plaintiff:
**Danielle Randle, on behalf of herself and others similarly situated,**

vs.

Defendant:
**H&P Capital, Inc., et al.,**

For:
Dale W. Pittman, Esq.
The Law Offices of Dale W. Pollman, P.C.
112 A W Tabb Street
Petersburg, VA 23803

Received by ASAP PROCESS SERVICES, LLC to be served on **Noel Louis Pooler, 2307 Aldridge Ave., Fort Myers, FL 33907**.

I, Michael Barker, do hereby affirm that on the **15th day of October, 2009** at **10:00 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action; Class Action Complaint and Jury Demand** with the date and hour of service endorsed thereon by me, to: **Noel Louis Pooler** at the address of: **12780 Penny Lane, Ft. Myers, FL 33966**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
Server attempted 2307 Aldridge Ave. Ft. Myers, FL. This is the defendant's daughter's house. Located and served at 12780 Penny Lane, Ft. Myers, FL 33966. Married to Sharon Pooler.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Michael Barker
157193

ASAP PROCESS SERVICES, LLC
P.O. Box 14653
Bradenton, FL 34280
(941) 807-4830

Our Job Serial Number: 2009000762

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u