IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DANIELLE RANDLE, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> H&P CAPITAL, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil No. 3:09CV608 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Debra J. Prillaman, Assistant United States Attorney, hereby enters her appearance as counsel for the United States, movant, which intends to advise the Court and the parties of its views after the notice given by the Court by Order of December 21, 2009 that defendants have raised a constitutional challenge to a federal statute.

All pleadings and other papers required to be served by Rule 5 of the Federal Rules of Civil Procedure after the date this Notice is filed should be served on counsel for the United States as follows:

> Debra J. Prillaman
> Assistant United States Attorney
> 600 East Main Street, Suite 1800
> Richmond, Virginia 23219
> Telephone: (804) 819-5400
> Facsimile: (804) 819-7417
> Email: Debra.Prillaman@usdoj.gov

DATED this 5th day of January, 2010.

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY


By: ____/s/_____
Debra J. Prillaman
Virginia State Bar No. 15844
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Telephone:  (804) 819-5400
Facsimile:  (804) 819-7417
Email: Debra.Prillaman@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing NOTICE OF APPEARANCE has been filed using the Court's electronic filing system this 5th day of January, 2010, which will automatically serve a true copy of the foregoing Notice by sending it to the following:

>Dale Wood Pittman
>The Law Office of Dale W. Pittman
>Email: dale@pittmanlawoffice.com
>
>O. Randolph Bragg
>Horwitz Horwitz & Associates
>Email: rand@norwitzlaw.com
>
>William Yates Durbin
>Winston & Strawn LLP (DC)
>Email: wdurbin@winston.com
>
>Steven Richard Dunn
>The Dunn Law Firm
>Email: sdunnfirm@aol.com

A copy has also been emailed this day to the following:

>Frances Mary McLaughlin
>U.S. Department of Justice
>Email: Frances.McLaughlin@usdoj.gov
>Applicant for Admission *pro hac vice*

>\_\_/s/_____
>Debra J. Prillaman
>Virginia State Bar No. 15844
>Assistant United States Attorney
>United States Attorney's Office
>600 East Main Street, Suite 1800
>Richmond, Virginia 23219
>Telephone: (804) 819-5400
>Facsimile: (804) 819-7417
>Email: Debra.Prillaman@usdoj.gov