IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA


JAN - 5 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:09-cv-608, Case Name Randle v. H&P Capital, Inc. et.1
Party Represented by Applicant: United States of America

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Frances Mary McLaughlin
Bar Identification Number 0256640   State Florida
Firm Name United States Department of Justice
Firm Phone # (202) 307-0487   Direct Dial # (202) 307-0487   FAX # (202) 514-9163
E-Mail Address Frances.McLaughlin@usdoj.gov
Office Mailing Address 1100 L Street, NW Room 10020 Washington, DC 20005

Name(s) of federal court(s) in which I have been admitted Court of Appeals for the 1st, 4th, 9th and 11th Circuits. Middle District of Florida, Northern & Central District of California and numerous other District and Bankruptcy Courts.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _x_ am not ____ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   1/5/10 (Date)
Debra J. Prillaman
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED __X__ or DENIED _____

JAN - 7 2010

_____/s/_____ REP
(Judge's Signature)        January 6, 2010 (Date)
Robert E. Payne
Senior United States District Judge



## **CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing Motion for Admission *Pro Hac Vice* has been filed this 5th day of January, 2010. A true copy of the foregoing Motion has been served by sending it to the following:

>Dale Wood Pittman
>The Law Office of Dale W. Pittman
>Email: dale@pittmanlawoffice.com
>
>O. Randolph Bragg
>Horwitz Horwitz & Associates
>Email: rand@norwitzlaw.com
>
>William Yates Durbin
>Winston & Strawn LLP (DC)
>Email: wdurbin@winston.com
>
>Steven Richard Dunn
>The Dunn Law Firm
>Email: sdunnfirm@aol.com

A copy has also been emailed this day to the following:

>Frances Mary McLaughlin
>U.S. Department of Justice
>Email: Frances.McLaughlin@usdoj.gov
>Applicant for Admission *pro hac vice*

/s/ *Debra Prillaman*
Debra J. Prillaman
Virginia State Bar No. 15844
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 819-7417
Email: Debra.Prillaman@usdoj.gov