IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DANIELLE RANDLE,

    Plaintiff,

v.                            Civil Action No. 3:09cv608

H&P CAPITAL, INC.,
et al.,

    Defendants.

## ORDER

By Order entered herein on April 27, 2010, PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS (Docket No. 32) was referred to Magistrate Judge M. Hannah Lauck for report and recommendation.

Having reviewed the REPORT AND RECOMMENDATION (Docket No. 50) entered herein on July 21, 2010, the DEFENDANTS' OBJECTIONS AND GROUNDS IN SUPPORT THEREOF TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Docket No. 51), the PLAINTIFF'S OPPOSITION TO DEFENDANTS' OBJECTIONS AND GROUNDS IN SUPPORT THEREOF TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Docket No. 52) and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

(1) The defendants' objections are overruled except as to the fees awarded to O. Randolph Bragg in the amount of $9,090.00 in respect of the fee issue because it was unnecessary that he be involved in that task; and that objection is sustained;

(2) The REPORT AND RECOMMENDATION of the Magistrate Judge is ADOPTED on the basis of the reasoning of the REPORT AND RECOMMENDATION except as to the fees awarded to O. Randolph Bragg in the amount of $9,090.00 in respect of the fee issue because it was unnecessary that he be involved in that task and, to that extent, the REPORT AND RECOMMENDATION is not adopted;

(3) PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS (Docket No. 32) is granted in the total amount of $76,876.59; and

(4) PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HER MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS (Docket No. 47) is denied and no attorney's fees will be awarded with respect to the proffered PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HER MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS (Docket No. 47-1).

The issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 23, 2010