IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | | |
|---|---|---|
| DANIELLE RANDLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:09-CV-608 |
| | § | |
| H & P CAPITAL, INC., et al., | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEAL**

Notice is hereby given that H & P Capital, Inc., Gary Robert Henrion and Noel Louis Pooler, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from that certain Order entered in this action on the 13th day of October 2010 (Doc. 55) which such Order incorporated that Order entered in this action on the 23rd day of September 2010 (Doc. 53).

Dated: November 5, 2010

Respectfully submitted,

/s/ William Y. Durbin
William Y. Durbin (VA Bar No. 74850)
Winston & Strawn LLP
1700 K Street, NW
Washington, DC  20006
Tel:    (202) 282-5630
Fax:   (202) 282-5100
email:  wdurbin@winston.com

Steven R. Dunn (admitted *pro hac vice*)
Tx. State Bar No.  06252250
5420 LBJ Freeway, Suite 577
Dallas, Texas 75240
Telephone (214) 692.5533
Facsimile (214)   692.5534
steven@dunnlawfirm.net

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following persons:

Dale Pittman
The Law Office of Dale Pittman
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212

O. Randolph Bragg
Horwitz Horwitz & Associates
25 E Washington Street, Suite 900
Chicago , IL 60602

      /s/ William Y. Durbin
      William Y. Durbin (VA Bar No. 74850)
      Winston & Strawn LLP
      1700 K Street, NW
      Washington, DC  20006
      Tel:    (202) 282-5630
      Fax:   (202) 282-5100
      email:  wdurbin@winston.com

      **ATTORNEYS FOR DEFENDANTS**