4cca-30   REV. 10/30/07   T R A N S M I T T A L   S H E E T
(Notice of Appellate Action)

| | | |
|---|---|---|
| ✓ Notice of Filing<br>___ Cross Appeal<br>___ Interlocutory Appeal<br>___ Additional NOA<br>___ Amended NOA<br>___ Transmittal of Record<br>___ Transmittal of Certif.<br>___ Supplement to ROA<br>___ Supplemental Certif.<br>___ Other | UNITED STATES DISTRICT COURT<br>for the<br>Eastern DISTRICT OF Virginia<br>at Richmond<br>Caption:<br><br>Danielle Randle<br>v.<br>H&P Capital, Inc., et al | District Court No.:<br>3:09-cv-00608-REP<br><br>4CCA No.:<br><br>Consolidated with No.:<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 11/05/2010<br><br>2. Amended NOA filed: | 4. Fees<br>___ USA no fee required<br>$5 filing fee:  ___paid  ✓ unpaid<br>$450 docket fee:  ___paid  ✓ unpaid<br>Pauper status: ___granted ___denied ___pending in dist.ct.<br>Does PLRA Apply? ___Yes ✓ No   3-strikes? ___Yes ✓ No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge:<br>Judge Robert E. Payne | 5. Materials Under Seal in District Court: ___Yes ___No<br>Party Names Under Seal in District Court: ___Yes ___No |
| 6. Court Reporter(s)(list all):<br>Peppy Peterson<br><br>Coordinator: | 7. Criminal/Prisoner Cases<br>___recalcitrant witness   Defendant's Address:<br>___on death row<br>___in custody<br>___on bond<br>___on probation |

**Part II**   TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
☐ ORIGINAL RECORD   ☐ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM: | USE FOR RECORDS IN PAPER FORM: |
|---|---|
| ☐ **PRO SE**: Automatically transmit assembled electronic record to 4CCA in pro se cases.<br>Does electronic record include all filings?<br>☐ YES   ☐ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____ | ☐ **PRO SE**: Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): _____ |
| ✓ **COUNSELED**: Available for transmittal<br>In-court hearing(s) held? ✓ YES  ___ NO<br>All transcript on file? ___ YES  ✓ NO<br>4CCA will request transmittal of record when needed in counseled cases. | ☐ **COUNSELED**: Available for transmittal<br>In-court hearing(s) held? ___ YES  ___ NO<br>All transcript on file? ___ YES  ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

Deputy Clerk: Laurie C. Breeden   Phone: 804-916-2207   Date: November 8, 2010