IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

Civil Action No.: 3:09cv608

## SUPERSEDEAS BOND

We, H&P CAPITAL, INC., as principal and NGM INSURANCE COMPANY, as surety, are bound to DANIELLE RANDLE, as obligee, in the amount of $76,876.59, for the payment of which we bind ourselves, our heirs, personal representatives, successors and assigns, jointly and severally.

Whereas, the principal has entered an appeal of the final judgment against it, granted October 13, 2010, by the United States District Court, No. 3:09cv608

THE CONDITION OF THIS BOND, is if the Principal shall satisfy any money judgment contained in the judgment in full, including, if allowed by law, costs, interest, attorney's fees, and damages for delay, use, detention and depreciation of property in the event said appeal is dismissed or said judgment is affirmed, but in no event to exceed the amount set out above, then this obligation shall be null and void; otherwise, to remain in full force and effect.

WITNESS our hands this November 3, 2010.

BOND NUMBER: S-785106

_____
Principal
PRESIDENT, H&P CAPITAL, INC.

NGM INSURANCE COMPANY
4601 Touchton Rd., East, Ste. 3400, Jacksonville, FL 32246

_____
William R. Hanley, Attorney-in-Fact

Approved on this 19 day of November , 20 10

_____/s/_____  REP
United States District Judge
Robert E. Payne