```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683010685
Cashier ID: sbartos
Transaction Date: 11/18/2010
Payer Name: JURISCO, INC
------------------------------------
POWER OF ATTORNEY
 For: JURISCO, INC
 Amount:        $39.00
------------------------------------
CHECK
 Check/Money Order Num: 9080
 Amt Tendered: $39.00
------------------------------------
Total Due:     $39.00
Total Tendered: $39.00
Change Amt:    $0.00

3:09CV608
```