FILED: March 5, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-2258
(3:09-cv-00608-REP)
_____

DANIELLE RANDLE

      Plaintiff - Appellee

v.

H&P CAPITAL, INCORPORATED; GARY ROBERT HENRION; NOEL LOUIS POOLER

      Defendants - Appellants

 and

MS. ROBERTS

      Defendant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part. The appeal is dismissed in part.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK