IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DANIELLE RANDLE,

    Plaintiff,

                          Civil Action No. 3:09cv608

H&P CAPITAL INC.,
et al.,

    Defendants.

**ORDER**

Having reviewed PLAINTIFF'S MOTION FOR RELEASE OF SUPERSEDEAS BOND FUNDS (Docket No. 69), and the file herein, and finding that the United States Court of Appeals for the Fourth Circuit issued its mandate herein on March 27, 2013 (Docket No. 70), it is hereby ORDERED that PLAINTIFF'S MOTION FOR RELEASE OF SUPERSEDEAS BOND FUNDS (Docket No. 69) is granted.

It is so ORDERED.

                                        /s/    REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: April 3, 2013