| | | |
|---|---|---|
| RECEIVED FROM | H & P. Cupit et, Inc. | No. 8307 |
| | DATE Nov 26, 20/00 | |
| ADDRESS | William J. Durbin, Esq. | |
| | 1700 K Street N.W. Washington | |
| | D.C. 20006 | DOLLARS $ 74,676.59 |
| FOR | 3:09cv608 | |
| | Supersedeas Bond of Sweety Agm Laser | |
| | | Co- |

| ACCOUNT | HOW PAID | |
|---|---|---|
| AMT. OF ACCOUNT | | CASH |
| AMT. PAID | | CHECK |
| BALANCE DUE | | MONEY ORDER |

BY  S. [signature]

TOPS FORM 46808 ®