# Dunn Firm, P.C.
✦ATTORNEYS AND COUNSELORS✦

5420 LBJ Freeway, Ste 577
Dallas, Texas 75240
TEL     214. 692.5533
FAX    214. 692.5534
WWW.DUNNLAWFIRM.NET

10 April 2013

*Via Federal Express*

Clerk of the United States District Court
Eastern District of Virginia
701 East Broad Street
Richmond, Virginia 23219

    Re:    Danielle Randle vs. H & P Capital, Inc., et al;
             Record No. 10-2258; Civil Action No. 3:09-cv-608

Dear Clerk:

    Enclosed is the original bond receipt pertaining to the supersedeas bond filed in this matter.

Very truly yours,

Steven R. Dunn

SRD:vd

RECEIVED
APR 11 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA